UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHNNY GODFREY, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2449** |
| **UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT, ET AL.** | **SECTION: "P" (3)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation[1] of the United States Magistrate Judge, and the plaintiff's response[2] to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915(e)(2)(B).

New Orleans, Louisiana, this 19th day of December 2024.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 10.
[2] R. Doc. 11.